## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **RITA KIBBIE,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **A-19-CV-00393-SH** |
| | § | |
| **HAYES CONSOLIDATED** | § | |
| **INDEPENDENT SCHOOL DISTRICT,** | § | |
| | § | |
| *Defendant* | § | |

## FINAL JUDGMENT

Before this Court is the parties' Joint Stipulation of Dismissal With Prejudice, filed October 1, 2020 (Dkt. 32). Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii), the parties stipulate to the dismissal of this case with prejudice.

Accordingly, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58. The Court **HEREBY ORDERS** that the above-styled action is **DISMISSED WITH PREJUDICE** and that the parties are to bear their own costs and attorney's fees.

The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** October 2, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE